UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PHIL DURITY                )
              Plaintiff,   )
                           )
v.                         )     **JUDGMENT**
                           )
                           )     No. 5:19-CV-506-FL
PRECISION WALLS, INC.      )
              Defendant.   )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on review of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 25, 2020, that this case is dismissed WITHOUT PREJUDICE for failure to obtain service of the complaint upon defendant.

**This Judgment Filed and Entered on September 25, 2020, and Copies To:**
Phil Durity (Via US Mail) 2911 Roosevelt Drive, Chambersburg, PA 17201
Michael C. Lord (via CM/ECF Notice of Electronic Filing)

September 25, 2020            PETER A. MOORE, JR., CLERK

                              /s/ Sandra K. Collins
                              (By) Sandra K. Collins, Deputy Clerk